IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN GACH,

Petitioner,

vs.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General; DAVID VENTURELLA, Acting Director of Immigration and Customs Enforcement (ICE); DAVID EASTERWOOD, St. Paul ICE Field Office Director; and JEROME KRAMER, Lincoln County Sheriff;

Respondents.

**4:26CV3238**

**JUDGMENT**

In accordance with the accompanying memorandum and order entered on today's date, judgment is hereby entered in Petitioner's favor.

Dated this 27th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge